Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
BABU SANUGULA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| BABU SANUGULA,<br><br>       Plaintiff,<br><br>    v.<br><br>LAW FIRM OF ALLAN C. SMITH, P.C.,<br><br>       Defendant. | **Case No.:** '12 CV 2240 WQH-WVG<br><br>**COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

## VERIFIED COMPLAINT

Plaintiff, BABU SANUGULA ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, LAW FIRM OF ALLAN C. SMITH, P.C., ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788, *et seq.*

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in San Marcos, San Diego County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection law firm with an office in Bristol, Pennsylvania.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. In July of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for a debt allegedly owed, account number ending in 8355.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 858-455-99XX.

14. In July of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* Transcribed Voicemail Message, attached hereto as Exhibit A.

15. In the voicemail message, Defendant's representative, "Sam Jones", failed to state that

PLAINTIFF'S COMPLAINT

the call was from a debt collector.  *See* Exhibit A.

16. In the voicemail message, Defendant's representative, "Sam Jones", directed Plaintiff to call him back at 888-275-6399, which is a number that belongs to Defendant. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a.  Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    b.  Defendant violated § 1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

    c.  Defendant violated § 1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, BABU SANUGULA, respectfully requests judgment be entered against Defendant, LAW FIRM OF ALLAN C. SMITH, P.C., for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

PLAINTIFF'S COMPLAINT

a. Defendant violated the § 1788.17 of the RFDCPA by failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692, *et seq.* to wit: Section 1692e.

WHEREFORE, Plaintiff, BABU SANUGULA, respectfully requests judgment be entered against Defendant, LAW FIRM OF ALLAN C. SMITH, P.C., for the following:

23. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.30(b).

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c).

25. Any other relief that this Honorable Court deems appropriate.

DATED: September 13, 2012          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff,
BABU SANUGULA

PLAINTIFF'S COMPLAINT