Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
BABU SANUGULA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| BABU SANUGULA, | Case No.: 3:12-cv-02240-WQH-WVG |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| LAW FIRM OF ALLAN C. SMITH, P.C., | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, BABU SANUGULA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 9, 2013                                KROHN & MOSS, LTD.

                                                     By: /s/ Ryan Lee, Esq.
                                                     Ryan Lee, Esq.
                                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq